CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 09 2011

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFREY SCOTT BACHMAN,<br>    Petitioner, | ) <br> ) <br> ) | Civil Case No. 7:11cv00564 |
| v. | ) <br> ) | **FINAL ORDER** |
| KENNETH T. CUCCINELLI, II,<br>    Respondent. | ) <br> ) <br> ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Bachman's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Bachman has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 9th day of December, 2011.

_____
United States District Judge